IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ADVANCED INTERACTIVE SYSTEMS, INC., *et al.*,[1] | ) ) | Case No. 13-10517 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 24, 2013 AT 2:00 P.M. (ET)

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

1. Application to Employ/Retain Cooch and Taylor, P.A. as General Counsel nunc pro tunc to March 15, 2013 Filed by Jeoffrey L. Burtch [Docket No. 19; Filed 4/4/13]

   Objection Deadline: April 19, 2013 at 4:00 p.m.

   Response Received: None

   Related Pleadings:

   (a) Amended Notice of Application [Docket No. 23; Filed 4/5/13]

   (b) Certificate of No Objection Regarding Docket No. 19 [Docket No. 60; Filed 4/19/13]

   (c) Proposed Order with related docket number.

   Status: A Certification of No Objection has been filed with the Court. **Order has been entered. [Docket No. 66; Filed 4/23/13]**

2. Application to Employ/Retain Cozen O'Connor as Special Counsel Filed by Cozen O'Connor [Docket No. 24; Filed 4/5/13]

   Objection Deadline: April 19, 2013 at 4:00 p.m.

   Response Received: None

   Related Pleadings:

---

[1] The Debtors in these proceedings are: Advanced Interactive Systems, Inc., Reality by Design, Inc., FS Systems, Inc. and SRI Acquisition Corp.

[2] Amendments appear in bold

(a) Certificate of No Objection Regarding Docket No. 24 [Docket No. 61; Filed 4/19/13]

(b) Proposed Order with related docket number.

Status: A Certification of No Objection has been filed with the Court. **Order has been entered. [Docket No. 67; Filed 4/23/13]**

**CONTESTED MATTERS GOING FORWARD:**

3. Motion for Relief from Stay to: (A) Terminate Lease and Sell, Abandon or Otherwise Dispose of Certain Remaining Property; and (B) Permit Setoff of Security Deposit Against Damages filed by Southcenter Corporate Square, LLC [Docket No. 13; Filed 3/29/13]

    Objection Deadline:   April 17, 2013 at 4:00 p.m., extended to April 22, 2013 at 12:00 p.m. for the Chapter 7 trustee.

    Responses Received:

    (a) Limited Objection filed by Kayne Anderson Mezzanine Partners (QP) LP [Docket No. 55; Filed 4/17/13]

    Related Pleadings: None

    **(b) Certification of Counsel [Docket No. 65; filed 4/23/13]**

    Status: **A Certification of Counsel with a revised form of Order resolving the objections to the Motion has been filed with the Court. Accordingly, no hearing is necessary on this matter unless the Court has any questions with regard to the Motion.**

4. Chapter 7 Trustee's Motion for Entry of Interim and Final Orders (I) Authorizing Him to Use Cash Collateral and Granting Adequate Protection; (II) Authorizing Him to Obtain Secured Postpetition Financing on Superpriority Basis; (III) Approving Sharing Arrangement; and (IV) Granting Related Relief [Docket No. 36; Filed 4/9/13]

    Objection Deadline:   April 17, 2013 at 4:00 p.m.

    Responses Received:

    (a) Limited Objection Filed by Southcenter Corporate Square, LLC [Docket No. 56; Filed 4/17/13]

(b)  Limited Objection Filed by Sciens Subordinate Debt Holders [Docket No. 57; Filed 4/17/13]

Related Pleadings:

(c)  Trustee's Motion to Shorten [Docket No. 37; Filed 4/9/13]

(d)  Notice of Hearing [Docket No. 41; Filed 4/10/13]

(e)  Order Granting Trustee's Motion to Shorten [Docket No. 42; Filed 4/10/13]

(f)  Interim Order [Docket No. 49; Filed 4/12/2013]

(g)  Notice of Entry of Interim Order and Notice of Final Hearing [Docket No. 51; Filed 4/12/13]

(h)  **Notice of Submission of proposed Final Order (A) Authorizing Entry into Post-Petition Credit Facility and Obtain Secured Postpetition Financing; (B) Granting Liens, Superpriority Administrative Expense Status and Adequate Protection; (C) Authorizing the Use of Cash Collateral; and (D) Approval of Sharing and Distribution of Proceeds From Sale or Liquidation of Collateral [Docket No. 68; Filed 4/23/13]**

Status: The hearing on this matter is going forward.

Dated: April 23, 2013

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
Simon E. Fraser (No. 5335)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Special Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*